UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING CHING JIN,<br><br>       Plaintiff,<br><br>vs.<br><br>C. RODRIGUEZ, et al.,<br><br>       Defendants.<br>_____/ | 1:04-cv-05894-REC-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 38)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (Doc. 35) |

    Plaintiff Ming Ching Jin ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 30, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
de novo review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.  The Findings and Recommendations, filed June 30, 2005,
is ADOPTED IN FULL; and

   2.  Plaintiff's motion for summary judgment, filed May 4,
2005, is DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:  August 9, 2005**              /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE