UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING CHING JIN,<br><br>        Plaintiff,<br><br>    v.<br><br>C. RODRIGUEZ, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-CV-5894-REC-LJO-P<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 43) |

      Plaintiff Ming Ching Jin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for summary judgment on August 15, 2005. On August 31, 2005, defendants Aguirre, Rodriguez, Quinn-Robicheaux, and Vargas filed a request for an extension of time to file an opposition to the motion. Plaintiff filed an opposition to defendants' request on September 14, 2005.

      The court finds defendants have demonstrated good cause for their request for an extension of time. Plaintiff's objection is noted but it is without merit. Defendants' request was timely, Fed. R. Civ. P. 6(b); Local Rule 6-144(d), and even if it had not been timely, the court has the discretion to consider it. Further, an initial request for an extension of time by either side is, in general, not considered out of the ordinary and is usually granted. The court does not view with favor an objection from either side to an initial request for an extension of time, absent a clear showing of prejudice. Plaintiff will not be prejudiced by the extension of time, and given this court's tremendous caseload, granting defendants an extension of time to respond will not result in any additional delay in resolving plaintiff's pending motion.

1

1  Accordingly, defendants' request for an extension of time is GRANTED and defendants'
2 opposition to plaintiff's motion for summary judgment is due within **thirty (30) days** from the date
3 of service of this order.

5 IT IS SO ORDERED.

6 **Dated:    September 28, 2005**                    /s/ Lawrence J. O'Neill
   b9ed48                                            UNITED STATES MAGISTRATE JUDGE