1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MING CHING JIN,                         CASE NO. 1:04-CV-5894-REC-LJO-P

10                    Plaintiff,           ORDER STRIKING DISCOVERY RELATED
                                           FILING
11        v.
                                           (Doc. 51)
12  C. RODRIGUEZ, et al.,

13                    Defendants.
    _____/

14

15        On September 27, 2005, plaintiff filed a notice directed to defendants requesting that they

16  provide a Chinese interpreter at his upcoming deposition.  For the reasons set forth in the court's

17  order of September 29, 2005, at lines 1 through 5 on page 2, plaintiff's notice is HEREBY

18  STRICKEN from the record.

19

20  IT IS SO ORDERED.

21  **Dated:    October 3, 2005              _____/s/ Lawrence J. O'Neill_____**
    b9ed48                                   UNITED STATES MAGISTRATE JUDGE
22

23
24
25
26
27
28