1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  MING CHING JIN,                          CASE NO. 1:04-CV-5894-REC-LJO-P

10                    Plaintiff,            ORDER STRIKING DISCOVERY RELATED
                                            FILING
11        v.
                                            (Doc. 56)
12  C. RODRIGUEZ, et al.,

13                    Defendants.
    _____/

14

15        On October 3, 2005, plaintiff filed an objection to the taking of his deposition without a

16  Chinese interpreter.  For the reasons set forth in the court's order of September 29, 2005, at lines 1

17  through 5 on page 2, plaintiff's objection is HEREBY STRICKEN from the record.

18

19  IT IS SO ORDERED.

20  **Dated:    October 5, 2005**              **/s/ Lawrence J. O'Neill**
    b9ed48                                  UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28

1