# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING CHING JIN,<br><br>             Plaintiff,<br><br>      v.<br><br>C. RODRIGUEZ, et al.,<br><br>             Defendants.<br>                                                          / | CASE NO. 1:04-CV-5894-REC-LJO-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM DISCOVERY DEADLINE<br><br>(Doc. 52) |

Plaintiff Ming Ching Jin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the Court's order of April 7, 2005, the deadline for the completion of all discovery was October 7, 2005. On September 28, 2005, plaintiff filed a motion seeking an extension of the discovery deadline until after his motion for summary judgment is resolved. Defendants did not file a response to the motion. On October 24, 2005, defendants filed a motion for summary judgment.

Plaintiff's motion is HEREBY GRANTED and the deadline for the completion of discovery is VACATED. Once the parties' motions for summary judgment are resolved, if some or all of plaintiff's claims remain pending, the court will at that time set a new discovery deadline.

IT IS SO ORDERED.

**Dated:   November 21, 2005**            /s/ Lawrence J. O'Neill
i0d3h8                                       UNITED STATES MAGISTRATE JUDGE

1