# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING CHING JIN, | CASE NO. 1:04-CV-5894-REC-LJO-P |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO RETURN $1,000.00 CHECK TO PLAINTIFF AT THE CALIFORNIA MEN'S COLONY |
| v. | |
| C. RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff Ming Ching Jin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 4, 2005, plaintiff filed a motion seeking the appointment of counsel and enclosed a check for $1,000.00. The check was placed in the Clerk's Office vault, and on October 6, 2005, the Court gave plaintiff thirty days within which to notify the Court who he wanted the check to be returned to and notified plaintiff that if he did not respond, the check would be mailed to him at the California Men's Colony.

More than thirty days have passed and plaintiff has not notified the Court who he wants the check returned to. Accordingly, the Clerk's Office is HEREBY DIRECTED to return the check for $1,000.00 to plaintiff at the California Men's Colony.

IT IS SO ORDERED.

**Dated:   November 23, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                     UNITED STATES MAGISTRATE JUDGE