1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9 | MING CHING JIN,                          CASE NO. 1:04-CV-5894-REC-LJO-P

10                    Plaintiff,            ORDER REQUIRING DEFENDANTS'
                                           COUNSEL TO FILE RESPONSE TO
11        v.                               PLAINTIFF'S MOTION FOR LEAVE TO FILE
                                           AN AMENDED MOTION FOR SUMMARY
12   C. RODRIGUEZ, et al.,                 JUDGMENT

13                    Defendants.          (Doc. 74)
                                    /
14

15        Plaintiff Ming Ching Jin ("plaintiff") is a state prisoner proceeding pro se in this civil rights

16   action pursuant to 42 U.S.C. § 1983.  Plaintiff filed a motion for summary judgment on August 15,

17   2005, and defendants filed an opposition and a cross-motion for summary judgment on October 24,

18   2005.  On November 30, 2005, plaintiff filed a motion seeking leave to file an amended motion for

19   summary judgment.  Defendants' counsel is directed to file a response to plaintiff's motion within

20   fifteen days.

21        Plaintiff is notified that if his motion for leave to file an amended motion is granted, his

22   August 15 motion will be deemed withdrawn and his amended motion must be complete within

23   itself.  The court will not consider two separate motions for summary judgment by plaintiff.

24   ///

25   ///

26   ///

27   ///

28   ///

1

1    As set forth in this order, defendants' counsel is HEREBY ORDERED to file an opposition

2    or a statement of non-opposition to plaintiff's motion for leave to file an amended motion for

3    summary judgment within **fifteen (15) days** from the date of service of this order.

4

5    IT IS SO ORDERED.

6    **Dated:   December 2, 2005            /s/ Lawrence J. O'Neill**
     b9ed48                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28