# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING CHING JIN,<br><br>        Plaintiff,<br><br>    v.<br><br>C. RODRIGUEZ, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-CV-5894-REC-LJO-P<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE AMENDED MOTION FOR SUMMARY JUDGMENT, AND STRIKING AMENDED MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 74 and 79) |

       Plaintiff Ming Ching Jin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint filed June 28, 2004, against defendants Rodriguez, Aguirre, Quinn-Robicheau, and Vargas on plaintiff's retaliation claims. Plaintiff filed a motion for summary judgment on August 15, 2005, and defendants opposed the motion on October 24, 2005. On November 30, 2005, plaintiff filed a motion seeking leave to file an amended motion for summary judgment, and on December 9, 2005, defendants filed an opposition. On December 15, 2005, while his motion for leave to file an amended motion was still pending, plaintiff filed an amended motion for summary judgment.

       In his motion for leave to file an amended motion for summary judgment, plaintiff contends that he was unaware he needed to submit a statement of undisputed facts and evidence, along with a memorandum of points and authorities and request for judicial notice. Plaintiff already submitted a memorandum of points and authorities with his August 15 motion for summary judgment and a request for judicial notice is not a requirement in moving for summary judgment. Further, plaintiff's contention that he did not know he needed to submit a statement of undisputed facts and evidence

1 is belied by the record in this case. On June 30, 2005, the undersigned issued a Findings and
2 Recommendations recommending denial of plaintiff's earlier motion for summary judgment on the
3 ground that it was procedurally deficient. In that F&R, the court touched upon the need for a
4 statement of undisputed facts and for citations to the evidence relied upon in support of the facts.
5 Plaintiff may not now be heard to claim that he was unaware of these requirements. That plaintiff
6 could have or should have presented him his second motion for summary judgment differently and
7 now wishes to do so does not constitute good cause for filing an amended motion for summary
8 judgment.

9      Further, defendants expended a considerable amount of time responding to plaintiff's 122
10 undisputed facts, despite plaintiff's failure to format them exactly as he should have. Allowing
11 plaintiff to file an amended motion at this juncture would result in prejudice to defendants.

12      Finally, plaintiff's attempt to circumvent his own pending motion for leave to file an
13 amended motion by filing the motion prior to receiving permission from the court to do so is viewed
14 with disfavor by this court. Plaintiff did not obtain leave of court prior to filing his amended motion
15 for summary judgment and it shall be stricken from the record.

16      Accordingly, plaintiff's motion for leave to file an amended motion for summary judgment,
17 filed November 30, 2005, is HEREBY DENIED, and plaintiff's amended motion for summary
18 judgment, filed December 15, 2005, is HEREBY STRICKEN from the record.

19

20 IT IS SO ORDERED.

21 **Dated:   December 20, 2005**            **/s/ Lawrence J. O'Neill**
    b9ed48                              UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28