# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING CHING JIN,<br><br>           Plaintiff,<br><br>     v.<br><br>C. RODRIGUEZ, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:04-CV-5894-REC-LJO-P<br><br>ORDER GRANTING PLAINTIFFS MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 69 and 73) |

Plaintiff Ming Ching Jin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint filed June 28, 2004, against defendants Rodriguez, Aguirre, Quinn-Robicheau, and Vargas on plaintiff's retaliation claims. Plaintiff filed a motion for summary judgment on August 15, 2005, and defendants filed an opposition and a cross-motion for summary judgment on October 24, 2005. On November 14, 2005, plaintiff filed a motion for an extension of time to file a reply to defendants' opposition to his motion for summary judgment, and on November 28, 2005, plaintiff filed a motion for an extension of time to file an opposition to defendants' cross-motion for summary judgment.

///
///
///
///

1     Good cause having been shown, plaintiff's motions for extensions of time to file an opposition and a reply are HEREBY GRANTED, and plaintiff's opposition and reply are due within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:  December 20, 2005**         /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES MAGISTRATE JUDGE