# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING CHING JIN, | CASE NO. 1:04-CV-5894-REC-LJO-P |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S SUPPLEMENTAL OPPOSITION AND SUPPORTING DOCUMENTS |
| v. | |
| C. RODRIGUEZ, et al., | (Docs. 97, 98, 99, and 100) |
| Defendants. | |

On January 24, 2006, plaintiff filed a supplemental opposition to defendants' motion for summary judgment. Plaintiff was not granted leave of court to supplement his opposition, and defendants' motion for summary judgment was deemed submitted on January 9, 2006. Local Rule 78-230(m). Accordingly, plaintiff's supplemental opposition, and all documents submitted in support thereof, are HEREBY ORDERED STRICKEN FROM THE RECORD (documents 97-100).

IT IS SO ORDERED.

**Dated:   January 25, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                                                 UNITED STATES MAGISTRATE JUDGE