1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   MING CHING JIN,                      1:04-cv-05894-AWI-LJO-P

12              Plaintiff,          **ORDER ADOPTING FINDINGS AND
                                    RECOMMENDATIONS** (Doc. 126)
13   vs.
                                    **ORDER GRANTING DEFENDANTS'
14   C. RODRIGUEZ, et al.,          SUPPLEMENTAL MOTION FOR
                                    SUMMARY JUDGMENT, AND
15              Defendants.         DISMISSING REMAINING
                                    RETALIATION CLAIM, WITHOUT
16                                  PREJUDICE, PURSUANT TO HABEAS
                                    EXHAUSTION RULE** (Doc. 115)
17
                                    **ORDER DIRECTING CLERK'S OFFICE
18                                  TO ENTER JUDGMENT FOR
                                    DEFENDANTS AND AGAINST
19                                  PLAINTIFF**

20   _____/

21        Plaintiff Ming Ching Jin ("plaintiff"), a state prisoner

22   proceeding pro se, has filed this civil rights action seeking

23   relief under 42 U.S.C. § 1983.  The matter was referred to a United

24   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

25   Local Rule 72-302.

26        On July 19, 2006, the Magistrate Judge filed a Findings and

27   Recommendations herein which was served on the parties and which

28   contained notice to the parties that any objections to the Findings

                                      1

and Recommendations were to be filed within thirty days.  To date, the parties have not filed any objection to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed July 19, 2006, is ADOPTED IN FULL;

2.    Defendants Rodriguez and Aguirre's supplemental motion for summary judgment, filed May 9, 2006, is GRANTED;

3.    Plaintiff's remaining retaliation claim against defendants Rodriguez and Aguirre is DISMISSED, without prejudice, pursuant to the habeas exhaustion rule; and,

4.    The Clerk's Office shall enter judgment for defendants and against plaintiff.

IT IS SO ORDERED.

**Dated:    October 3, 2006**           _____/s/ Anthony W. Ishii_____
0m8i78                                        UNITED STATES DISTRICT JUDGE